IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 3:20-584 |
| v. | |
| **JENNIFER CORCORAN** | 42 U.S.C. § 1320a-7b(a)(2)(ii) |
| | **INFORMATION** |

### COUNT 1
**(Making Or Causing To Be Made a False Statement Involving a Federal Healthcare Program)**

**THE UNITED STATES ATTORNEY CHARGES**:

On or about July 28, 2017, in the District of South Carolina, the Defendant, **JENNIFER CORCORAN**, knowingly and willfully made or caused to be made a false statement or representation of a material fact for use in determining rights to any benefit or payment under a Federal Health Care Program, to wit, **JENNIFER CORCORAN**, did knowingly and willfully execute and submit or cause to be submitted a fraudulent Medicare Enrollment Application (CMS-855) knowing it to contain a false statement or representation of a material fact.

In violation of Title 42, United States Code, Section 42 U.S.C. § 1320a-7b(a)(2)(ii), a misdemeanor.

_____
PETER M. MCCOY, JR. (JHM, DAS)
UNITED STATES ATTORNEY